IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HARRIET P. KING,

    Plaintiff,

v.                                               CASE NO. 1:06-cv-00073-MP-AK

MEDTRONIC SOFAMOR DANEK USA, INC., et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Motion for Extension of Time to File Answer by Medtronic Sofamor Danek USA, Inc. In its motion, defendant requests a thirty-day extension in which to file its answer to Plaintiff's Complaint. Plaintiff does not oppose the motion. Therefore, after considering the matter, the motion is granted. Defendant's deadline to serve its response to Plaintiff's Complaint is extended to Wednesday, June 21, 2006.

    **DONE AND ORDERED** this   *17th*   day of May, 2006

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge